**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                       Case No. 07-CR-20011-1

HUSSEIN BAZZI,

       Defendant.

_____/

**OPINION AND ORDER DENYING DEFENDANT'S
"AMENDED MOTION TO EXTEND SURRENDER DATE"**

Pending before the court is Defendant Hussein Bazzi's October 2, 2007

"Amended Motion to Extend Surrender Date." This motion has been fully briefed and

the court concludes that a hearing on the motion is not necessary. *See* E.D. Mich. LR

7.1(e)(2). For the reasons stated below, the court will deny the motion.

Defendant pleaded guilty to manufacturing fraudulent identity documents in

violation of 18 U.S.C. § 1028(a)(2). On July 26, 3007, Defendant was sentenced to six

months imprisonment and his surrender date was set for October 10, 2007. One week

before Defendant is due to surrender, Defendant filed the present motion requesting

that the court postpone his surrender date until April 15, 2008 to minimize the economic

hardship incarceration will place on his accounting business. (*See* Def.'s Amend. Mot.

Extend.)

The court is not aware of, and Defendant has not cited to, any case where a

defendant has been permitted to postpone his imprisonment due to financial concerns;

instead, similar requests have been denied by courts in other districts. *See United*

*States v. Godlewski*, No. 84-CR-661, 1985 WL 865, at *1 n.1 (N.D. Ill. April 22, 1985) (denying request to delay the defendant's surrender date, explaining that "[t]ime in custody in this kind of situation has both punitive and general deterrence aspects, and it is not to be viewed in somewhat the same way as vacation, to be rescheduled to suit considerations of the defendant's convenience"). The court is not persuaded that Defendant's potential financial hardship entitles Defendant to the extraordinary relief Defendant requests. Accordingly,

IT IS ORDERED that Defendant's "Amended Motion to Extend Surrender Date" [Dkt. #18] is DENIED.


s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: October 5, 2007


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 5, 2007, by electronic and/or ordinary mail.


s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522